**John A. Bennett**, OSB #750407
E-mail:   john.bennett@bullivant.com
**Randy L. Arthur**, OSB #851412
E-mail:   randy.arthur@bullivant.com
BULLIVANT HOUSER BAILEY PC
One SW Columbia St., Ste. 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Intervenor Plaintiff American States Insurance Company and Third-Party Defendant American Economy Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, an Indiana corporation, FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiffs,<br><br>And<br><br>AMERICAN STATES INSURANCE COMPANY, an Indiana corporation,<br><br>Intervenor Plaintiff,<br>      v.<br><br>CROWN PINE TIMBER 4, L.P., a Delaware limited partnership,<br><br>Defendant. | Civil No.: 3:18-cv-02104-YY<br><br>**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE**
**Page 1**

CROWN PINE TIMBER 4, L.P., a Delaware limited partnership,

                Third-Party Plaintiff,

v.

AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation,

                Third-Party Defendant.

Plaintiffs Great Northern Insurance Company and Federal Insurance Company, and Intervenor-Plaintiff American States Insurance Company, Defendant Crown Pine Timber 4, L.P., and Third-Party Defendant American Economy Insurance Company, by and through their respective counsel, hereby stipulate and agree that all claims between the aforementioned parties shall be dismissed in their entirety, with prejudice, pursuant to F.R.C.P. 41(a)(1)(A)(ii), with each party to pay its own costs and attorney fees. As grounds therefore, the parties state that the claims at issue between them have been compromised and settled to their mutual satisfaction. A separate Release has been executed for good and sufficient consideration.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE**
**Page 2**

DATED: September 6, 2023

| **COZEN O'CONNOR** | **BULLIVANT HOUSER BAILEY PC** |
|---|---|
| By: *s/ Kevin A. Michael* | By: *s/ John A. Bennett* |
| Kevin A. Michael, OSB #106695<br>Email: kmichael@cozen.com<br>Telephone: 206.340.1000 | John A. Bennett, OSB #750407<br>Email: john.bennett@bullivant.com<br>Randy L. Arthur, OSB #851412<br>Email: randy.arthur@bullivant.com<br>Telephone: 503.228.6351 |
| Attorneys for Plaintiffs Great Northern Insurance Company and Federal Insurance Company ("Chubb") | Attorneys for Intervenor Plaintiff American States Insurance Co. and Third-Party Defendant American Economy Insurance Company |

**THE CHARTWELL LAW OFFICES, LLP**

By: *s/ David P. Rossmiller*

David P. Rossmiller, OSB No. 983395
Email: drossmiller@chartwelllaw.com
Elissa M. Boyd, OSB No. 111679
Email: eboyd@chartwelllaw.com
Sean W. Carney, OSB No. 054550
Email: scarney@chartwelllaw.com
Telephone: 503.886.8108

Attorneys for Defendant Crown Pine Timber 4, L.P.

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE**
**Page 3**

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

| | |
|---|---|
| John A. Bennett, OSB #750407<br>Randy L. Arthur, OSB #851412<br>Bullivant Houser Bailey<br>One SW Columbia St., Ste. 800<br>Portland, OR 97204<br>Phone: 503.228.6351<br>Email: john.bennett@bullivant.com<br>Email: randy.arthur@bullivant.com | Attorneys for Intervenor Plaintiff American States Insurance Co. and Third-Party Defendant American Economy Insurance Co |
| David P. Rossmiller, OSB No. 983395<br>Elissa M. Boyd, OSB No. 111679<br>Sean W. Carney, OSB No. 054550<br>The Chartwell Law Offices, LLP<br>1050 SW 6th Ave., Ste. 1100<br>Portland, OR 97204<br>Phone: 503.886.8108<br>Email: drossmiller@chartwelllaw.com<br>Email: eboyd@chartwelllaw.com<br>Email: scarney@chartwelllaw.com | Attorneys for Defendant Crown Pine Timber 4, L.P. |

SIGNED AND DATED this 6th day of September, 2023.

COZEN O'CONNOR

By /s/ Leslie Yamashita
Leslie Yamashita, Legal Practice Assistant

999 Third Avenue, Suite 1900
Seattle, WA 98104
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Facsimile: 206.621.8783

LEGAL\65747554\1

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE**
**Page 4**